UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EFREM WALKER,
Individually

          Plaintiff(s),

v.                                      Civil Case No. 14-13375
                                       Honorable Linda V. Parker

YMK 786, LLC,
a Michigan Limited Liability Company,

          Defendant(s).
_____/

## **STIPULATION FOR DISMISSAL WITH PREJUDICE, WITH COURT'S RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**

      Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Stipulation:

| FOR THE PLAINTIFF: | FOR THE DEFENDANT: |
|---|---|
| M.J. STEPHEN FOX, Esq | Joseph A. Sahallal, Esq |
| FOX & ASSOCIATES | MEKANI, OROW, MEKANI, SHALLAL & HINDO P.C. |
| 2529 Chatham Woods Drive SE | 255 South Old Woodward, Suite 310 |
| Grand Rapids, MI 49546 | Birmingham, MI 48009 |
| Foxlawfirm@aol.com | Telephone: (248) 223-9830 |
|  | Facsimile: (248) 265-4107 |
| Lawrence A. Fuller, Esq | By: s/ Joseph A. Shallal |
| Fuller, Fuller & Associates, P.A. | Dated: January 15, 2015 |
| 12000 Biscayne Boulevard, Suite 502 | |
| North Miami, FL 33181 | |
| Telephone: (305) 891-5199 | |
| Facsimile: (305) 893-9505 | |
| By: s/ Lawrence A. Fuller | |
| Dated: January 15, 2015 | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EFREM WALKER,
Individually

        Plaintiff(s),

v.          Civil Case No. 14-13375
        Honorable Linda V. Parker

YMK 786, LLC,
a Michigan Limited Liability Company,

        Defendant(s).
_____/

## ORDER

Stipulation for Dismissal with Prejudice, with Court's Retention of Jurisdiction to Enforce Settlement Agreement, having come before this Court, and the Court having fully advised as to the premises, it is hereby

ORDERED AND ADJUDGED that this Stipulation is hereby GRANTED.

        S/ Linda V. Parker
        LINDA V. PARKER
        U.S. DISTRICT JUDGE

Dated: January 20, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, January 20, 2015, by electronic and/or U.S. First Class mail.

        S/ Richard Loury
        Case Manager